**ADELE KIRSCH**, Respondent, v. **MERSOL REALTY CORP.** et al., Appellants, et al., Defendants.—

No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ The People of the State of New York, Respondent, v. Jesus Reyes, Appellant.— No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.